IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROONEY L THOMAS,

    Plaintiff,

v.                                                          CASE NO. 1:06-cv-00156-MP-AK

SERGEANT STRONG,

    Defendant.

_____/

## **O R D E R**

Previously, the Court directed the Clerk to transfer this case to the United States District Court for the Middle District of Florida within 30 days if plaintiff had not filed written objections to the transfer within that time. Now, Plaintiff has filed additional grievances, setting out claims of recent threats by jail officials. The Court determines that this case should be transferred immediately to the Middle District, rather than after 30 days, to allow that court to address the pending motions. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk is directed to transfer this case to the Middle District of Florida

**DONE AND ORDERED** this __21st__ day of November, 2006

                                         *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge